IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
JAN 1 8 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 22-025 J |
| -vs- | ) | |
| | ) | |
| BRANDON WAYNE KILLIAN and | ) | Violations: |
| DEVAN NATHANIEL JOHNSON, | ) | |
| | ) | 18 U.S.C. § 249(a)(1) |
| Defendants. | ) | 18 U.S.C. § 2 |

### INDICTMENT

The Federal Grand Jury Charges:

### Introduction

At all times relevant to this Indictment:

1.   The Brickhouse Saloon was a bar in Shawnee, Oklahoma.

2.   **BRANDON WAYNE KILLIAN** was a white resident of Oklahoma City, Oklahoma.

3.   **DEVAN NATHANIEL JOHNSON** was a white resident of Harrah, Oklahoma.

1

4. J.C. was a Black resident of Shawnee, Oklahoma. His high-school friend, M.W., was a white resident of Macomb, Oklahoma.

## COUNT ONE
### (Hate Crime)

5. The Federal Grand Jury incorporates Paragraphs 1-4 by reference.

6. On or about June 22, 2019, within the Western District of Oklahoma,

-----------------------**BRANDON WAYNE KILLIAN** and
           **DEVAN NATHANIEL JOHNSON,**-----------------

while aiding and abetting each other, willfully caused bodily injury to J.C. because of J.C.'s actual and perceived race and color. Specifically, **KILLIAN** and **JOHNSON** physically assaulted J.C. in the Brickhouse Saloon parking lot, causing bodily injury to J.C.

All in violation of Title 18, United States Code, Section 249(a)(1), and Title 18, United States Code, Section 2.

2

## COUNT TWO
## (Hate Crime)

7.  The Federal Grand Jury incorporates Paragraphs 1-4 by reference.

8.  On or about June 22, 2019, within the Western District of Oklahoma,



**—BRANDON WAYNE KILLIAN and
DEVAN NATHANIEL JOHNSON,—**

while aiding and abetting each other, willfully caused bodily injury to M.W. because of the actual and perceived race and color of J.C. Specifically, **KILLIAN** and **JOHNSON** physically assaulted M.W. in the Brickhouse Saloon parking lot, causing bodily injury to M.W.

All in violation of Title 18, United States Code, Section 249(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*Julia E. Barry*

JULIA E. BARRY
Assistant United States Attorney

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division, U.S. Department of Justice

AVNER SHAPIRO
Trial Attorney
Criminal Section, Civil Rights Division